**FILED**

FEB 2 4 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Derian Douglas Hickman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **09 0359** |
| ) | |
| Washington DC Public Library's, ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this ___ day of February 2009,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED with prejudice as frivolous. This is a final appealable Order.

*/s/*
United States District Judge